**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:20-CV-22937-UU**

WINDY LUCIUS,

      Plaintiff,

v.

HOOTERS OF AMERICA, LLC,

      Defendant.

_____/

**<u>NOTICE OF SETTLEMENT</u>**

PLEASE TAKE NOTICE that the parties have reached a full settlement in the above-referenced case which will resolve the case in its entirety as to all parties.  The parties are working on settlement documents.  The parties accordingly request 30 days to submit the settlement paperwork. The Parties request that all other deadlines be cancelled or stayed while the settlement documents are completed.

Dated: August 7, 2020

                                              Respectfully submitted,

                                              /s/ Mendy Halberstam
                                              E-mail: mendy.halberstam@jacksonlewis.com
                                              Florida Bar No. 68999
                                              JACKSON LEWIS P.C.
                                              One Biscayne Tower, Suite 3500
                                              Two South Biscayne Boulevard
                                              Miami, Florida 33131
                                              Telephone: (305) 577-7600
                                              Facsimile: (305) 373-4466
                                              *Attorneys for Defendant*

CASE NO.: 1:20-CV-22937-UU

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

s/ Mendy Halberstam
Mendy Halberstam, Esq.

## SERVICE LIST
**United States District Court for the Southern District of Florida**
*Windy Lucius v. Hooters of America, LLC*
**Case No. 1:20-CV-22937-UU**

J. Courtney Cunningham, Esq.
Fla. Bar No. 628166
E-mail: cc@cunninghampllc.com
8950 SW 74th Court, Suite 2201
Miami, FL 33156
Telephone: (305) 351-2014
*Counsel for Plaintiff*

Mendy Halberstam, Esq.
Florida Bar No. 68999
E-mail: mendy.halberstam@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-577-7600
Facsimile:  305-373-4466

*Attorneys for Defendant*