UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-20089-UU

WINDY LUCIUS,

    Plaintiff,
v.

HOOTERS OF AMERICA, LLC,,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the parties' Joint Stipulation of Dismissal With Prejudice, D.E. 12 (the "Stipulation"), and the Court having considered the Stipulation and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Stipulation is approved, and this case is hereby dismissed with prejudice as to all parties and all claims, each party to bear its own costs and attorney's fees except as agreed upon by the parties. The case remains closed.

DONE AND ORDERED in Chambers in Miami, Florida this _12th_ day of August, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record